IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MELVIN HARRISON,                              *

    Plaintiff,                                *

       v.                                 *          No.: 1:17-CV-00870

BANK OF AMERICA, N.A.,                        *

    Defendant.                                *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## **NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Bank of America, N.A. ("Bank of America" or the "Bank") (incorrectly named as Bank of America, Inc.), through undersigned counsel, files this Notice of Removal of the above-captioned action currently pending in the Thirteenth Judicial District Court, County of Sandoval, State of New Mexico. Removal of this action is proper because this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332. In support of removal, Bank of America states the following:

1.    Plaintiff Melvin Harrison ("Plaintiff") is a current employee of Bank of America, N.A. *See* Exhibit A at ¶ 4.

2.    On April 18, 2017, Plaintiff filed a Complaint against his employer misnamed "Bank of America, Inc.", Case No. D-1329-CV-2017-0798, in the Thirteenth Judicial District Court, County of Sandoval, State of New Mexico.

3.    Plaintiff's Complaint contains three counts alleging sex discrimination, race discrimination, and retaliation in violation of the New Mexico Human Rights Act. *See* Complaint ¶¶ 29-38. Plaintiff's Complaint does not specify an amount of damages.

1

1445653v.1 18224/00400

4.      On July 28, 2017, Plaintiff sent Bank of America a settlement demand requesting $75,000 plus a transfer to a different position at Bank of America.  The letter from Plaintiff's counsel to Defendant's counsel, reads in part as follows: "My client has authorized me to extend a settlement offer of $75,000.00 plus a transfer to a different position (see below) as full and final settlement of all his claims against Defendant, Bank of America, Inc. [sic.]  This offer includes lost wages, benefits, emotional distress, costs and attorney's fees."  Five positions are identified in the letter: Senior Relationship Manager in Canada; Relationship Manager in Maine (two positions); RM New Hire Manager in Pennsylvania; and Operations Market Manager in Arizona.  *See* Exhibit B.

5.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), which provides that the "district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between - (1) citizens of different states."

6.      Pursuant to 28 U.S.C. § 1446(b)(3), "if the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or had become removable." In *McPhail v. Deere & Co.*, 529 F.3d 947 (10th Cir. 2008), the Tenth Circuit considered the types of evidence that a defendant may use to establish amount in controversy and held that a settlement demand may be used to establish amount in controversy.  *Id.* 529 F.3d at 956 ("To this end, documents that demonstrate plaintiff's own estimation of its claim are a proper means of supporting the allegations in the notice of removal….")

2

7.     As set forth in the Complaint, Plaintiff is a citizen of New Mexico.  *See* Complaint ¶ 2.

8.     Plaintiff correctly states in his Complaint that Bank of America is not a citizen of New Mexico.  *See* Complaint ¶ 3.  Bank of America is a federally chartered national banking association, with its main office, as set forth in its articles of association, in Charlotte, North Carolina.  *See* Exhibit A at ¶ 2.  Bank of America, therefore, is a citizen of North Carolina for diversity purposes.  *See Wachovia Bank, N.A. v. Schmidt*, 546 U.S. 303, 307, 126 S. Ct. 941, 945 (2006) (Supreme Court holding "that a national bank, for § 1348 purposes, is a citizen of the State in which its main office, as set forth in its articles of association, is located").[1]

9.     Based upon the Complaint alone, Defendant could not determine whether the amount in controversy exceeded $75,000, because Plaintiff is a current employee of the Bank and therefore does not have any substantial claim for lost wages.

10.     But, based upon Plaintiff's July 28, 2017 settlement demand, it now is clear that the value of Plaintiff's claims in this case exceeds $75,000, because Plaintiff demands $75,000, *plus* a transfer to another position.  As demonstrated by the attached declaration, the minimum annual compensation for employees in the positions to which Plaintiff requests he be transferred exceeds Plaintiff's current annual compensation $500 to over $10,000 dollars.  *See* Exhibit A at ¶¶ 4-5.  Thus, based on the combination of these two elements, the amount in controversy in this litigation exceeds the $75,000 jurisdictional threshold.[2]

---

[1] Bank of America Corporation is also not a citizen of New Mexico.  Bank of America Corporation is a Delaware corporation with its headquarters and principal place of business located in Charlotte, North Carolina.  *See* Exhibit A at ¶ 3.

[2] Bank of America does not concede that Plaintiff is entitled to any relief in this case. Bank of America's position is simply that the amount in controversy exceeds the jurisdictional limit.

3

11.     Removal of the case to this Court is proper pursuant to 28 U.S.C. § 1441(a) and (b) because this Court has original jurisdiction and is the district court of the United States for the district embracing the place where such action is pending and because Defendant is not a citizen of the State of New Mexico.

12.     Pursuant to 28 U.S.C. § 1446(a), the Bank has attached to this notice of removal copies of all process, pleadings, and orders that have been served upon it to date in the state court action.  *See* Exhibit C.

13.     Pursuant to 28 U.S.C. § 1446(d), Bank of America will give written notice of this removal to the Plaintiff and will file a notice with the clerk of the Thirteenth Judicial District Court, County of Sandoval, State of New Mexico.

WHEREFORE, Defendant Bank of America, respectfully notices the removal of this action from the Thirteenth Judicial District Court, County of Sandoval, State of New Mexico to the United States District Court for the District of New Mexico.

Respectfully submitted,

KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas  79999-2800
(915) 533-4424
(915) 546-5360  (FAX)

By:  */s/ Clara B. Burns*
　　　　CLARA B. BURNS
　　　　JOSE A. HOWARD-GONZALEZ

Attorneys for Defendant

4

1445653v.1 18224/00400

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing pleading was mailed by certified mail, return receipt requested, to Donald G. Gilpin, Esq. and Christopher P. Machin, Esq., 6100 Indian School Road, NE, Ste. 115, Albuquerque, NM 87110 on this 24th day of August, 2017.

*/s/ Jose A. Howard-Gonzalez*
JOSE A. HOWARD-GONZALEZ

1445653v.1 18224/00400